IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60201
Conference Calendar
_____


ROGER FRANKLIN HOLTZCLAW,

                                        Plaintiff-Appellant,

versus


STANLEY VANCE; CITY OF GULFPORT,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:94-CV-273-R-R
- - - - - - - - - -
August 20, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Roger Franklin Holtzclaw appeals from the district court's
dismissal of his civil rights suit for failure to state a claim
for which relief may be granted.  The district court determined
that Holtzclaw's claims were not cognizable under *Heck v.
Humphrey*, 114 S. Ct. 2364, 2372 (1994).  We have reviewed the
parties contentions and the record and find no error.

     AFFIRMED.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.